[Nos. 24691–7–I; 25794–3–I.   Division One.   March 4, 1991.]

R. ALEX POLSON, *Respondent,* v. MARCO POLO SKI
PRODUCTS, INC., ET AL, *Defendants,* JOHN
VERTREES, *Appellant.*

Appeals from judgments of the Superior Court for King
County, No. 812799, Steven G. Scott and Michael J. Fox,
JJ., entered July 27, 1989, and January 19, 1990. *Affirmed*

*in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Scholfield and Pekelis, JJ.